**580**

**LOCAL 1104, INTERNATIONAL UNION OF ELECTRICAL, RADIO & MACHINE WORKERS, C. I. O. an Unincorporated Association, Appellant, v. LOCAL 1104, UNITED ELECTRICAL, RADIO & MACHINE WORKERS OF AMERICA (UE), etc., et al.**

No. 14818.

United States Court of Appeals
Eighth Circuit.

March 3, 1954.

Robert A. Roessel, Ruth Boxdorfer and Keith M. Brownell, St. Louis, Mo., for appellants.

Morris J. Levin, James R. Blumenfeld and D. J. Sullivan, St. Louis, Mo., for appellees.

PER CURIAM.

Appeal from District Court dismissed, on petition of appellant, joined in by appellees.

**A. G. FLEISCHMAN, M. D. (Intervener), Appellant, v. UNITED STATES of America, ex rel. Frank M. HALPIN, Director of Internal Revenue for the Bureau of Internal Revenue.**

No. 14957.

United States Court of Appeals
Eighth Circuit.

March 5, 1954.

Comfort & Comfort, Des Moines, Iowa, for appellant.

H. Brian Holland, Asst. Atty. Gen., Ellis N. Slack, Sp. Asst. to Atty. Gen., Frederic G. Rita, Sp. Asst. to Atty. Gen., Harry Marselli, Sp. Asst. to Atty. Gen., and Roy L. Stephenson, U. S. Atty., Des Moines, Iowa, for appellee.

PER CURIAM.

Appeal from District Court dismissed with prejudice, on petition of appellant.

**NATIONAL LABOR RELATIONS BOARD, Petitioner,**

v.

**CROWN DRUG COMPANY.**

No. 15022.

United States Court of Appeals
Eighth Circuit.

March 18, 1954.

David P. Findling, Associate General Counsel, National Labor Relations Board, and A. Norman Somers, Asst. Gen. Counsel, National Labor Relations Board, Washington, D. C., for petitioner.

PER CURIAM.

Order of National Labor Relations Board enforced, on petition for enforcement and stipulation filed with Board.